In the Matter of the Application for Letters of Administration with the Will Annexed of the Goods, Chattels and Credits Left Unadministered of THOMAS MOOK, Deceased. JENNIE D. MOOK, Appellant; HARRY C. WILLIAMS, Administrator, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

FELS & COMPANY, Respondent, v. PHILIPPINE VEGETABLE OIL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.